UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JUN 27 2015
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Reynaldo Lopez et al

v.

Delta Air Lines, Inc

PLAINTIFF(S)

DEFENDANT(S).

CASE NUMBER

2:16-cv-04497 DSF(AJWx)

ORDER RE TRANSFER PURSUANT
TO GENERAL ORDER 14-03
(RELATED CASES)

## CONSENT

**TRANSFER ORDER DECLINED**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

_____     _____
Date                         United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Though the same parties are involved, one case is a wage and hour class action and the other is an age discrimination class action. There does not appear to be significant factual overlap between the cases beyond the identity of the parties.

June 27, 2016                STEPHEN V. WILSON
Date                         United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   2: 15-cv-07302 SVW(SSx)   and the present case:

☑ A.   Arise from the same or closely related transactions, happenings or events; or

☐ B.   Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C.   For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.   Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-34 (06/14)     ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (Related Cases)