JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO LOPEZ, an individual; EUNICE DELGADILLO, an individual; UMBERTO MENDOZA, an individual; and AVEIA TAUTOLO, an individual, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DELTA AIR LINES, INC., a Georgia corporation; and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | 16-CV-4497-DSF-AJWx<br><br>**JUDGMENT** |

The Court having granted Defendant's Motion for Summary Judgment as to all causes of action in Plaintiffs' Second Amended Complaint:

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendant recover the costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

DATED: 7/31/17

By _____
Hon. Dale S. Fischer
United States District Judge

- 1 -